United States District Court
Southern District of Texas
**ENTERED**
May 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

| | |
|---|---|
| UNITED STATES OF AMERICA § | CRIMINAL NO: **19 CR 234** |
| v. § | UNDER SEAL |
| TRANG LE NGUYEN § | |
| aka Nguyen Le Thien Trang § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    <u>CRIMINAL INDICTMENT</u>    has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

TRANG LE NGUYEN

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _April 30_, 20 _19_.

_____
UNITED STATES MAGISTRATE JUDGE